# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of

**The Vehicle**
**1998 Subaru**
**California License plate #4STV626**
**VIN: JF1GF4854WG03727**

FILED
08 JAN 10 PM 12:01
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

## SEARCH WARRANT

CASE NUMBER: **'08 MJ 0028**

TO: Special Agent Heather A. Jackson of FBI       and any Authorized Officer of the United States

Affidavit(s) having been made before me by   Heather A. Jackson of the FBI   who has reason to
                                                            Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

   1998 Subaru, California License plate #4STV626, VIN: JF1GF4854WG03727 (**more fully described in Attachment A**)

in the Southern District of California there is now concealed a certain person or property, namely (describe the person or property)

   **The items specified in Attachment B which are the fruits, instrumentalities and evidence concerning violations of Title 18, United States Code, Section 1038 (False Information and Hoaxes).**

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before   January 13, 2008
                                                                          Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the issuing U. S. Magistrate Judge, as required by law.

1/10/08 @ 9:35 am                                   at    San Diego, California
Date and Time Issued                                      City and State

Cathy Ann Bencivengo, United States Magistrate Judge      [signature]
Name and Title of Judicial Officer                        Signature of Judicial Office

AO 109 (2/90) Seizure Warrant

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 1/4/2008 | 1/4/2008 1:20 PM | Richard Sills |

**INVENTORY MADE IN THE PRESENCE OF**

Special Agent Amy M. Christoph

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Please see attached.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_
U.S. Judge or Magistrate
**CATHY ANN BENCIVENGO**
**U.S. MAGISTRATE JUDGE**

1/10/08
Date

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 266I SD-70013

On (date) January 4, 2008

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Richard Sills
(Street Address) Black Subaru Outback CA license #4STV626
(City) located at 4300 Gillman Drive, 6th Fl Parking Structure San Diego, CA

Description of Item(s): From interior of above described vehicle.
(1) piece of torn yellow lined paper
(2) expired USAA insurance card
(3) business card for Richard Sills

Received By: _____ (Signature)
Received From: _____ (Signature)